IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE TOWERS PROVIDING SERVICE TO 310 FIRST STREET, SE, WASHINGTON, D.C., 430 SOUTH CAPITOL STREET, SE #3, WASHINGTON, D.C., AND THE VICINITY BETWEEN THEM ON JANUARY 5, 2021 THAT IS STORED AT PREMISES CONTROLLED BY AT&T CORPORATION | Case Nos.: 21-sc-59, 21-sc-60, 21-sc-61, 21-sc-62 (GMH)<br><br>Chief Judge James E. Boasberg |

## ORDER

This matter having come before the Court pursuant to a Motion to Unseal in the above-referenced four cases, for the reasons proffered by the government as to why unsealing these four cases is appropriate, it is ORDERED that all filings in each matter be unsealed except for:

21-sc-59: ECF 1, 4, 6, 8, 11

21-sc-60: ECF 1, 3, 6, 9, 10, 13

21-sc-61: ECF 1, 3, 6, 8, 10, 13

21-sc-62: ECF 1, 4, 7, 8, 13

IT IS FURTHER ORDERED THAT Exhibits A-D to the government's motion are each to be filed on the docket in the corresponding case (Exhibit A in 21-sc-59, Exhibit B in 21-sc-60, Exhibit C in 21-sc-61, and Exhibit D in 21-sc-62).

Date: 3/18/25

HON. JAMES E. BOASBERG
UNITED STATES CHIEF DISTRICT JUDGE